# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| TANNER HIRSCHFELD, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, *et al.*, <br><br> *Defendants*. | Civil Action No. 3:18-CV-00103 |

## DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

Defendants, the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"); Thomas E. Brandon, in his official capacity as the Deputy and Acting Director of ATF; and William P. Barr, in his official capacity as Attorney General of the United States (collectively, the "Defendants"), hereby move to dismiss the Complaint filed in this matter pursuant to Rule 12 of the Federal Rules of Civil Procedure. In support of this motion, Defendants contemporaneously submit a memorandum in support of the motion.

Dated: April 10, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JOHN TYLER
Assistant Director

*/s/ Daniel D. Mauler*
DANIEL D. MAULER
Virginia State Bar No. 73190
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20001
Tel: (202) 514-8095
Fax: (202) 616-8470
E-mail: dan.mauler@usdoj.gov
*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned counsel certifies that on April 10, 2019, a true and accurate copy of the foregoing was electronically filed with the CM / ECF system, which will send a Notice of Electronic Filing to all counsel of record in this matter.

/s/ *Daniel D. Mauler*
Daniel D. Mauler
Virginia State Bar No. 73190
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20001
Tel: (202) 514-8095
Fax: (202) 616-8470
E-mail: dan.mauler@usdoj.gov
*Counsel for Defendants*