CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 11 2019

JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| TANNER HIRSCHFELD, et al., | ) |
| Plaintiffs, | ) Civil Action No. 3:18CV00103 |
| v. | ) **ORDER** |
| THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, et al., | ) By: Hon. Glen E. Conrad<br>) Senior United States District Judge |
| Defendants. | ) |

Giffords Law Center to Prevent Gun Violence ("Giffords Law Center") has moved for leave to participate in oral argument on September 20, 2019 as amicus curiae. Upon review of the record, it is hereby

**ORDERED**

that the motion is **GRANTED**. Giffords Law Center will be allowed ten (10) minutes of argument time.

The Clerk is directed to send copies of this order to all counsel of record.

DATED: This 11th day of September, 2019.

_/s/ Glen E. Conrad_
Senior United States District Judge