# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

**Tanner Hirschfield, et al.**

vs.

**The Bureau of Alcohol, Tobacco, Firearms & Explosives**

Action No: 3-19-cv-00103
Date: 09/20/2019
Judge: Hon. Glen Conrad, SUSDJ
Court Reporter: Sonia Ferris
Deputy Clerk: Susan Moody

Plaintiff Attorney(s)

Elliott Harding, Esq.

Defendant Attorney(s)

Dan Mauer, Esq
Eric Soskin, Esq.
Jon Talotta, Esq.
Alisa Deich, Esq. - Amicus
Angela Ellis, Esq. - Amicus
Leonid Traps, Esq. - Amicus

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

None

DEFENDANT:

None

PROCEEDINGS:
Parties present by counsel for oral argument on pending motion to dismiss #15 and motion for summary judgment #31.

Oral argument by parties and then by amicus Giffords Law Center to Prevent Gun Violence.

Comments by court – Ruling to issue in near future.

Time in Court: 9:55-10:28 am   33 mins.