CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

10/4/19

JULIA C. DUDLEY, CLERK
BY: H. Wheele
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| TANNER HIRSCHFELD AND NATALIA MARSHALL | ) ) ) | |
| Plaintiffs | ) ) | Civil Action No. 3:18CV00103 |
| v. | ) ) | **ORDER** |
| THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, ET AL., | ) ) ) ) | By: Hon. Glen E. Conrad Senior United States District Judge |
| Defendants | ) ) | |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

as follows:

1. The defendants' motion to dismiss (ECF No. 15) is **GRANTED**;

2. The plaintiffs' motion for summary judgment (ECF No. 31) is **DENIED**; and

3. This action shall be **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this memorandum opinion and the accompanying order to all counsel of record.

DATED: This 4th day of October, 2019

_____
Senior United States District Judge