# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | |
|---|---|
| TANNER HIRSCHFELD; <br> NATALIA MARSHALL <br><br> Plaintiffs, <br><br> v. <br><br> THE BUREAU OF ALCOHOL, <br> TOBACCO, FIREARMS, AND <br> EXPLOSIVES, et al. <br><br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 3:18-CV-00103 <br> ) Hon. Glen E. Conrad <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs appeal to the United States Court of Appeals for the Fourth Circuit from the Final Judgment entered in this cause on October 4, 2019 and all adverse rulings subsumed therein.

Dated: November 4, 2019

                                                                Respectfully submitted,

                                                                 /s/ Elliott M. Harding

                                              Elliott M. Harding, Esq.
                                              VSB# 90442
                                              *Counsel for the Plaintiffs*
                                              HARDING COUNSEL, PLLC
                                              608 Elizabeth Ave.,
                                              Charlottesville, VA 22901
                                              Tel: 434-962-8465
                                              E: HardingCounsel@gmail.com

# CERTIFICATE OF SERVICE

On November 4, 2019, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Western District of Virginia, using the electronic case filing system of the court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal rule of Civil Procedure 5 (b)(2).

Respectfully submitted,

/s/ Elliott M. Harding
Elliott M. Harding, Esq.
VSB# 90442
*Counsel for the Plaintiffs*
HARDING COUNSEL, PLLC
608 Elizabeth Ave.,
Charlottesville, VA 22901
Tel: 434-962-8465
E: HardingCounsel@gmail.com