FILED: November 7, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-2250
(3:18-cv-00103-GEC)

_____

TANNER HIRSCHFELD; NATALIA MARSHALL

      Plaintiffs - Appellants

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; THOMAS E. BRANDON, in his official capacity as the Deputy and Acting Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives; JEFFERSON B. SESSIONS III, in his official capacity as Attorney General of the United States

      Defendants - Appellees

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of Virginia at Charlottesville |
| Originating Case Number | 3:18-cv-00103-GEC |
| Date notice of appeal filed in originating court: | 11/04/2019 |
| Appellant(s) | TANNER HIRSCHFELD, NATALIA MARSHALL |
| Appellate Case Number | 19-2250 |
| Case Manager | Kirsten Hancock 804-916-2704 |