FILED: July 24, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-2250
(3:18-cv-00103-GEC)
_____

TANNER HIRSCHFELD; NATALIA MARSHALL

      Plaintiffs - Appellants

v.

BUREAU OF ALCOHOL, FIREARMS, TOBACCO & EXPLOSIVES; REGINA LOMBARDO, Acting Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives; WILLIAM P. BARR, Attorney General

      Defendants - Appellees

------------------------------

BRADY; GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE; EVERYTOWN FOR GUN SAFETY SUPPORT FUND

      Amici Supporting Appellee

_____

O R D E R
_____

      The court grants Michael Joseph West's motion to withdraw from further representation on appeal.

      For the Court--By Direction

      /s/ Patricia S. Connor, Clerk