FILED: July 13, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 19-2250

TANNER HIRSCHFELD; NATALIA MARSHALL,

        Plaintiffs – Appellants,

v.

BUREAU OF ALCOHOL, FIREARMS, TOBACCO & EXPLOSIVES; MARVIN RICHARDSON, Acting Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives; MERRICK B. GARLAND, Attorney General,

        Defendants – Appellees.

-------------------------------

BRADY; GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE; EVERYTOWN FOR GUN SAFETY SUPPORT FUND,

        Amici Supporting Appellees.

O R D E R

The Court amends its opinion filed on July 13, 2021, as follows:

On page 136, seven lines down in the second paragraph of footnote 30, the spelling of Joseph Blocker's name is corrected to Blocher.

For the Court – By Direction

/s/ Patricia S. Connor, Clerk