# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### Charlottesville Division

| | |
|---|---|
| **TANNER HIRSCHFELD;** <br> **NATALIA MARSHALL,** <br><br> *Plaintiffs*, <br><br> **J. COREY FRASER;** <br> **BATTLEFIELD FIREARMS** <br><br> *Prospective Intervening Plaintiffs* <br><br> v. <br><br> **BUREAU OF ALCOHOL,** <br> **TOBACCO, FIREARMS** <br> **AND EXPLOSIVES, ET AL.,** <br><br> *Defendants.* | Case No. 3:18-CV-00103 |

## NOTICE OF APPEAL

Notice is hereby given that Prospective Intervening Plaintiffs, John Corey Fraser (hereinafter "Corey Fraser") and Battlefield Firearms, trade name of QMF.Wyatt, LLC (hereinafter "Battlefield") appeal to the United States Court of Appeals for the Fourth Circuit from the Final Order entered in this cause on July 28, 2021 and all adverse rulings subsumed therein.

Dated: August 10, 2021.

Respectfully submitted,

_____/s_____
Elliott M. Harding, Esq. VSB# 90442
*Counsel for the Prospective Plaintiffs*
Harding Counsel, PLLC
608 Elizabeth Ave.,
Charlottesville, VA 22901
P: 434-962-8465
E: Elliott@HardingCounsel.com