FILED: August 12, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1872
(3:18-cv-00103-NKM)

_____

J. COREY FRASER; BATTLEFIELD FIREARMS

        Appellants

and

TANNER HIRSCHFELD; NATALIA MARSHALL

        Plaintiffs

v.

BUREAU OF ALCOHOL, FIREARMS, TOBACCO & EXPLOSIVES; MARVIN RICHARDSON, Acting Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives; MERRICK B. GARLAND, Attorney General

        Defendants - Appellees

_____

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of Virginia at Charlottesville |
| Originating Case Number | 3:18-cv-00103-NKM |
| Date notice of appeal filed in originating court: | 08/10/2021 |
| Appellant(s) | J. COREY FRASER; BATTLEFIELD FIREARMS |
| Appellate Case Number | 21-1872 |
| Case Manager | Kirsten Hancock<br>804-916-2704 |