# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| TANNER HIRSCHFELD; NATALIA MARSHALL, *Plaintiffs*, v. THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES; THOMAS E. BRANDON, in his official capacity as the Deputy and Acting Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives; WILLIAM P. BARR, in his official capacity as Attorney General of the United States, *Defendants*. | Civil Action No. 3:18-CV-00103 |

## MOTION TO WITHDRAW APPEARANCE

Alison Deich, of the law firm Cohen Milstein Sellers & Toll PLLC, respectfully moves to withdraw the *pro hac vice* appearance of Angela N. Ellis, of the law firm Sullivan & Cromwell LLP, as counsel for Amici Curiae Giffords Law Center to Prevent Gun Violence, as she will no longer be associated with Sullivan & Cromwell LLP.  Giffords Law Center continues to be represented in this action by Cohen Milstein Sellers & Toll PLLC and Sullivan & Cromwell LLP.

Dated: October 1, 2021                           Respectfully submitted,

                                                 /s/ *Alison Deich*
                                                 Alison Deich (Virginia State Bar No. 87452)
                                                 COHEN MILSTEIN SELLERS & TOLL PLLC
                                                 1100 New York Ave. NW, Fifth Floor
                                                 Washington, DC 20005
                                                 (202) 408-4600
                                                 ADeich@cohenmilstein.com

                                                 *Counsel of Record for* Amicus Curiae *Giffords Law Center to Prevent Gun Violence*