FILED: October 26, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 19-2250
(3:18-cv-00103-GEC)

———————————

TANNER HIRSCHFELD; NATALIA MARSHALL

       Plaintiffs - Appellants

v.

BUREAU OF ALCOHOL, FIREARMS, TOBACCO & EXPLOSIVES;
MARVIN RICHARDSON, Acting Director of the Bureau of Alcohol, Tobacco,
Firearms, and Explosives; MERRICK B. GARLAND, Attorney General

       Defendants - Appellees

-------------------------------

BRADY; GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE;
EVERYTOWN FOR GUN SAFETY SUPPORT FUND

       Amici Supporting Appellee

ILLINOIS; CALIFORNIA; CONNECTICUT; DELAWARE; THE DISTRICT
OF COLUMBIA; HAWAII; MASSACHUSETTS; MICHIGAN; MINNESOTA;
NEW JERSEY; NEW MEXICO; NEW YORK; NORTH CAROLINA;
OREGON; PENNSYLVANIA; RHODE ISLAND; VERMONT;
WASHINGTON; COMMONWEALTH OF VIRGINIA; STATE OF
MARYLAND; MARCH FOR OUR LIVES ACTION FUND

       Amici Supporting Rehearing Petition

_____

## TEMPORARY STAY OF MANDATE

_____

Under Fed. R. App. P. 41(b), the filing of a timely petition for rehearing or rehearing en banc stays the mandate until the court has ruled on the petition. In accordance with Rule 41(b), the mandate is stayed pending further order of this court.

*/s/Patricia S. Connor, Clerk*