FILED: November 19, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-2250
(3:18-cv-00103-GEC)
_____

TANNER HIRSCHFELD; NATALIA MARSHALL

      Plaintiffs - Appellants

v.

BUREAU OF ALCOHOL, FIREARMS, TOBACCO & EXPLOSIVES; MARVIN RICHARDSON, Acting Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives; MERRICK B. GARLAND, Attorney General

      Defendants - Appellees

------------------------------

BRADY; GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE; EVERYTOWN FOR GUN SAFETY SUPPORT FUND

      Amici Supporting Appellee

ILLINOIS; CALIFORNIA; CONNECTICUT; DELAWARE; THE DISTRICT OF COLUMBIA; HAWAII; MASSACHUSETTS; MICHIGAN; MINNESOTA; NEW JERSEY; NEW MEXICO; NEW YORK; NORTH CAROLINA; OREGON; PENNSYLVANIA; RHODE ISLAND; VERMONT; WASHINGTON; COMMONWEALTH OF VIRGINIA; STATE OF MARYLAND; MARCH FOR OUR LIVES ACTION FUND

      Amici Supporting Rehearing Petition

_____

O R D E R

_____

The court denies the petition for rehearing.

Entered at the direction of the panel: Judge Agee, Judge Wynn, and Judge Richardson.

                                                 For the Court

                                                 /s/ Patricia S. Connor, Clerk