FILED: November 29, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-2250
(3:18-cv-00103-GEC)

_____

TANNER HIRSCHFELD; NATALIA MARSHALL

       Plaintiffs - Appellants

v.

BUREAU OF ALCOHOL, FIREARMS, TOBACCO & EXPLOSIVES;
MARVIN RICHARDSON, Acting Director of the Bureau of Alcohol, Tobacco,
Firearms, and Explosives; MERRICK B. GARLAND, Attorney General

       Defendants - Appellees

-------------------------------

BRADY; GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE;
EVERYTOWN FOR GUN SAFETY SUPPORT FUND

       Amici Supporting Appellee

ILLINOIS; CALIFORNIA; CONNECTICUT; DELAWARE; THE DISTRICT
OF COLUMBIA; HAWAII; MASSACHUSETTS; MICHIGAN; MINNESOTA;
NEW JERSEY; NEW MEXICO; NEW YORK; NORTH CAROLINA;
OREGON; PENNSYLVANIA; RHODE ISLAND; VERMONT;
WASHINGTON; COMMONWEALTH OF VIRGINIA; STATE OF
MARYLAND; MARCH FOR OUR LIVES ACTION FUND

       Amici Supporting Rehearing Petition

---

# M A N D A T E

---

The judgment of this court, entered September 22, 2021, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*