# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| TANNER HIRSCHFELD and NATALIA MARSHALL, <br><br> *Plaintiffs*, <br><br> v. <br><br> THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, et al., <br><br> *Defendants*. | CASE NO. 3:18-cv-00103 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

Upon remand of this action from the United States Court of Appeals for the Fourth Circuit, with directions to dismiss this case as moot, Dkt. 71 at 7 (4th Cir. Op. of Sept. 22, 2021, Case No. 19-2250), Dkt. 72 (4th Cir. Judgment), and further following denial of the petition for rehearing before the Fourth Circuit, Dkt. 76, and following issuance of the mandate, Dkt. 77, and in accordance with instructions from the Fourth Circuit, it will be and hereby is **ORDERED** that this case be **DISMISSED as moot**.

The Court further directs the Clerk to strike this case from the Court's active docket.

It is so **ORDERED**.

The Clerk of Court is directed to send this order to all counsel of record.

ENTERED this __1st__ day of December, 2021.

*[signature]*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE