# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

February 22, 2022

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA 23219

      Re:  Natalia Marshall
            v. Bureau of Alcohol, Tobacco, Firearms and Explosives, et al.
            No. 21-1155
            (Your No. 19-2250)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on February 17, 2022 and placed on the docket February 22, 2022 as No. 21-1155.

Sincerely,

**Scott S. Harris**, Clerk

by

Lisa Nesbitt
Case Analyst